UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARIA DE LOURDES BRIONES MEZA,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services; THE UNITED STATES CITIZENSHIP & IMMIGRANT SERVICES; MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; and DEPARTMENT OF HOMELAND SECURITY,

Defendants.

------------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

Civil Action No.
26-cv-5239

(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
November _4____, 2026

OLTARSH & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
494 Eighth Avenue, Suite 1704
New York, New York 10001

By: ______Jennifer Oltarsh________________________
Jennifer Oltarsh, Esq.
(212) 944-9420
jenniferoltarsh@oltarsh.com

Dated: Brooklyn, New York
November 4, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

By: */s/ Alexandra Megaris*

Alexandra Megaris
Assistant U.S. Attorney
(718) 254-6105
alexandra.megaris@usdoj.gov

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 11/5/2026

/s/ Eric N. Vitaliano
**Eric N. Vitaliano**
**United States District Judge**

The Clerk of Court is directed to close this case.